UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MENES ANKH-EL<br>   a/k/a Wendell Brown,<br>CRAIG WILSON all prisoners similarly situated,<br><br>               Plaintiffs,<br><br>               v.<br><br>ROBERT CARTER in official and private capacities,<br>KIETH BUTTS in official and private capacities,<br>FRENCH Ms., in official and private capacities,<br>FETZ Mr., in official and private capacities,<br><br>             Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:18-cv-03476-JRS-MPB |

**Order Dismissing Action and Directing Entry of Final Judgment**

Plaintiffs Menes Ankh-El and Craig Wilson alleged that prisoners at New Castle are improperly forced to transfer from the Level 1 facility to a Level 2/3 facility if they want access to a law library to initiate challenges to their convictions and sentences. They also asserted that they are not given enough law library time. They purported to bring their claims on their own behalf and on behalf of all similarly situated prisoners held at New Castle.

On screening, the Court dismissed the complaint for failing to state a claim upon which relief can be granted and denied the plaintiffs' attempt to bring a case on behalf of all similarly situated prisoners at New Castle. Dkt. 5.

The Court allowed the plaintiffs an opportunity to show cause why this action should not be dismissed. They failed to respond. They were given additional opportunities to show cause why this action should not be dismissed. *See* dkt. 12, 14.

Accordingly, for the reasons set forth in the screening entry of November 19, 2018, *see* dkt. 5, this action is **dismissed** for failure to state a claim upon which relief can be granted. 28 U.S.C. § 1915A(b).

The motion to amend complaint to drop party pursuant to FRCP Rule 21, dkt. [19], is **denied as moot**.

Final judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 4/16/2019

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MENES ANKH-EL a/k/a Wendell Brown
233632
NEW CASTLE – CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362

CRAIG WILSON
913312
NEW CASTLE – CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362